UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

Douglas J. Mincher
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

July 15, 2015

Jeffrey R. Filipovits
Filipovits Law Firm
2900 CHAMBLEE TUCKER RD BLDG 1
ATLANTA, GA 30341-4158

Appeal Number: 15-11265-EE
Case Style: Lillianna Stevens v. City of Forest Park, Georgia, et al
District Court Docket No: 1:13-cv-00873-SCJ

The appendix filed by you in the referenced appeal is deficient because it does not include the following items from the record as required by 11th Cir. R. 30-1:

Missing Document #60

Please submit this document to the court within **FOURTEEN (14) DAYS** from this date.

Sincerely,

DOUGLAS J. MINCHER, Clerk of Court

Reply to: Gordon Fields
Phone #: (404) 335-6226